# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0348

VERSUS

MICKEY TAYLOR                                         **JULY 5, 2022**

---

In Re:      Mickey Taylor, applying for supervisory writs, 21st
            Judicial District Court, Parish of Tangipahoa, No.
            80,300.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **JEW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT